AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| Gwen Rider | ) Case No. 21-40014 TSH - DHH |
|  | ) |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gwen Rider,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1365(a)(4) - Tampering with a Consumer Product
21 U.S.C. § 843(a)(3) - Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge

Date: Apr 1, 2021

Issuing officer's signature

City and state: Worcester, Massachusetts

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

WARRANT EXECUTED BY FDA BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/5/2021

Date: _____

*Arresting officer's signature*

*Printed name and title*