UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-40014-TSH |
| | ) | |
| GWEN RIDER | ) | |

## NOTICE OF APPEAL

Defendant, Gwen Rider, hereby gives notice that she appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentencing imposed on January 13, 2023.

GWEN RIDER
By her attorney,

*/s/ Michael Hussey*
Michael S. Hussey
BBO #547772
Tansley | Halloran
11 Pleasant Street, Suite 110
Worcester, MA 01609
(774) 420-2084
hussey@tansleyhalloran.com

## CERTIFICATE OF SERVICE

I, Michael S. Hussey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 25, 2023.

*/s/ Michael Hussey*
Michael S. Hussey